JUN 1 0 2005

UNITED STATES DISTRICT COURT

FILED

2005 JUN 23 P 5: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

ELIZABETH AHART
     Plaintiff

     v.

WILLIAM WILLINGHAM, WARDEN

Case No.

**305CV1016 JCH**

DR. D'AVIRRO, CLINICAL DIRECTOR

     Defendant(s)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S.C.

.·. PREVIOUS LAWSUITS:

    A. Have you begun other lawsuits in state or federal court?

                        YES (   )   NO ( **X** )

    B. If your answer is yes, did any of these lawsuits deal with the same facts involved in this action or otherwise related to your claim?

    C. If your answer to B is yes, describe each lawsuit in the space below. ( If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.

1.    Parties to this previous lawsuit:

Plaintiffs: _____

_____

LIST ALL ALIAS'S _____

Defendants: _____

_____

_____

2.    Court (if federal court, name the district; if state court
name the county): _____

3.    Docket number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example:  Was the case dismissed:  Was it
appealed?  Is it still pending?) _____

_____

_____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

2

II.   Place of present confinement:   FEDERAL CORRECTIONAL INSTITUTION

DANBURY, CONNECTICUT

A.   Is there a prisoner grievance procedure in this institution?

YES ( X )   NO (   )

B.   If the facts in your complaint related to your imprisonment, did you use the prisoner grievance procedure to seek relief?

YES ( X )   NO (   )

C.   If your answer is YES:

1.   What steps did you take?   EXHAUSTED ALL ADMINISTRATIVE

REMEDIES AND TORT CLAIM

2.   What was the result?   DENIED

D.   If your answer is NO, explain why not:

3

III. **Parties:**

(In item A below place your name in the first blank and place
your present address in the second blank.  Do the same for
additional plaintiffs, if any.)

A.  Name of plaintiff(s)   ELIZABETH AHART   21509-038

Address   33½ PEMBROKE STATION, RT. 37, DANBURY, CT 06811

(In item B below, place the full name of the defendant in the first
blank, his official position in the second blank, and his place of
employment in the third blank.  Use item C for the name, positions,
and place of employment of the additional defendants.)

B.  Defendant  DR. D'AVIRRO                          is employed as

CLINICAL DIRECTOR                     at   FCI-DANBURY

C.  Additional Defendants:

IV.  Statement of claim:

State here as briefly as possible the facts of your case.
Describe precisely how each defendant is involved.
Include also the names of other persons involved, dates,
and places.  Do not give any legal arguments or cite
any cases or statutes.  If you intend to allege a number
of related claims, number and set forth each claim
in a separate paragraph.  (Use as much space as you
need.  Attach an extra sheet(s) if necessary.)

In February of 1999, I complained of blurred vision and headaches.

I was told to flush with water and if it persisted to come back

4

which I did on several occasions. It was not until October, 1999, that Dr. D'Avirro, Clinical Director, ordered a CAT Scan and Glaucoma work up. In January, 2000, the results indicated that I had Glaucoma in my right eye. In February, 2000 the outside ophthalmologist diagnosed that I had Chronic Open Angle Glaucoma. At that time my IOP (Inner Ocular Pressure) reading was 34/28, which by medical standards is very severe. I was prescribed Trusopt and Timolol to bring down the pressure. I was suppose to see the outside ophthalmologist approximately every 6 weeks to monitor my condition and to see if the medication was bringing my IOP down or if additional medication was needed. This did not happen. It was not until August, 2002 that I was finally sent out to see the Glaucoma Specialist, which at that time my condition had escalated to Advance Uncontrolled Glaucoma. This should have been prevented because during the 2 year span of time my pressure reading could not be accurately gaged due to the known fact that the Haag Streit tinometer was malfunctioning and it was not replaced until I wrote it up. The BOP has an obligation to provide

(SEE ATTACHMENT)

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want proper and timely medical care to preserve the nerve I do have left and monetary compensation for damages and undue pain and suffering.

(STATEMENT OF CLAIM CONT.)

proper care in a timely manner.  They did not follow the prescribed treatment ordered by the Glaucoma Specialist, instead they were very lax and untimely in my care resulting in further irreparable nerve damage to my eye.

Signed this __8TH__ day of __JUNE__ , __2005__

_____

_____

_____

(signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JUNE 08, 2005__
                (Date)

_Elizabeth Ahart_
        (Signature)

__21509-038__
        (I.D. Number)

__33½ PEMBROKE STATION, RT. 37__
        (Address)

__DANBURY, CT. 06811__

6

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE DOCUMENT WAS MAILED THIS DATE,
__JUNE 09_____ , 200_5_ , BY FIRST CLASS POSTAGE PREPAID
U.S. MAIL AND DEPOSITED IN THE INSTITUTION MAIL BOX TO THE
FOLLOWING ADDRESSE(S)

_____

_____

_____



_____

_____

_____

SO SERVED,